

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00600-CV

**IN RE** Elizabeth **ANDERSON**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori Massey Brissette, Justice

Delivered and Filed: August 5, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On July 31, 2026, Relator filed a petition for writ of mandamus along with a motion for emergency stay of the underlying proceedings pending resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary stay is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-24488, styled as *Gordon Gerald Tolbert et. al v. Suzanne Barbara Sakiewicz et. al.* pending in the 285th District Court, Bexar County, Texas, the Honorable Nadine Nieto presiding.